UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SULTAN MALIK,

                Plaintiff,

vs.

                                        JURY VERDICT FORM

CRAIG SKELLY,

                                        Case # 09-CV-6283-FPG

                Defendant.

1. Do you find, by a preponderance of the evidence, that Defendant Craig Skelly subjected Plaintiff Sultan Malik to excessive force in violation of the Plaintiff's Eighth Amendment Constitutional rights on or about June 17, 2008?

                Yes _____          No __X__

If you answered yes question (1), proceed to question (2). If you answered no to question (1), proceed to question (4).

2. Do you find, by a preponderance of the evidence, that Defendant Craig Skelly's acts were the proximate cause of any injuries sustained by Plaintiff Sultan Malik on or about June 17, 2008?

                Yes _____          No _____

If you answered yes to questions (1) and (2), proceed to question (3). If not, proceed to question (4).

3. What amount of compensatory or nominal damages will fairly and adequately compensate Plaintiff Sultan Malik for the injuries or other damages suffered as a result of the violation of his civil rights by Defendant Craig Skelly on or about June 17, 2008?

        Compensatory Damages    $ _____
        or
        Nominal Damages           $ _____

4. Was your verdict unanimous?

Yes __X__          No _____

I certify the above verdict to be true and accurate.

_4-6-17_
Date

_____
Signature of Foreperson