UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SULTAN MALIK,

                Plaintiff,

vs.

JOEL AYERS,
TIMOTHY HABLE, and
SEAN DAVIS,

                Defendants.

JURY VERDICT FORM

Case # 09-CV-6283-FPG

FILED APR 10 2017

1. Do you find, by a preponderance of the evidence, that Defendant Joel Ayers and/or Defendant Timothy Hable and/or Defendant Sean Davis subjected Plaintiff Sultan Malik to excessive force in violation of the Plaintiff's Eighth Amendment Constitutional rights on or about July 2, 2008?

    Joel Ayers         Yes \_\_\_\_        No __X__
    Timothy Hable     Yes __X__        No \_\_\_\_
    Sean Davis        Yes __X__        No \_\_\_\_

If you answered yes to any Defendant on question (1), proceed to question (2) as to that particular Defendant. If you answered no to all Defendants on question (1), proceed to question (5).

2. Do you find, by a preponderance of the evidence, that Defendant Joel Ayers and/or Defendant Timothy Hable and/or Defendant Sean Davis's acts were the proximate cause of any injuries sustained by Plaintiff Sultan Malik on or about July 2, 2008?

    Joel Ayers         Yes \_\_\_\_        No __X__
    Timothy Hable     Yes __X__        No \_\_\_\_
    Sean Davis       Yes __X__        No \_\_\_\_

If you answered yes to any defendant in question (1) but no to all Defendants in question (2), proceed to question (5). Only proceed to and answer question (3) if you answered yes as to both questions (1) and (2) regarding at least one of the Defendants.

3. What amount of compensatory or nominal damages will fairly and adequately compensate Plaintiff Sultan Malik for the injuries or other damages suffered as a result of the violation of his civil rights on or about July 2, 2008 by Defendants Joel Ayers and/or Defendant Timothy Hable and/or Defendant Sean Davis?

   Compensatory Damages $ 100,000

   or

   Nominal Damages $ _____

If you find that the Plaintiff is entitled to receive compensatory or nominal damages, proceed to question (4). Otherwise, proceed to question (5).

4. What amount of punitive damages, if any, is Plaintiff Sultan Malik entitled to recover for the acts of any of the Defendants against whom you found violated Plaintiff's civil rights?

   Joel Ayers     $ 0
   Timothy Hable  $ 150,000
   Sean Davis     $ 150,000

5. Was your verdict unanimous?

   Yes __✗__     No _____

I certify the above verdict to be true and accurate.

4/7/17
Date

_____
Signature of Foreperson