# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| SULTAN MALIK, *Plaintiff* v. CRAIG SKELLY, TIMOTHY HABLE, JOEL AYERS AND SEAN DAVIS, *Defendant* | ) ) ) ) ) ) Civil Action No. 09-CV-6283 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* SULTAN MALIK recover from the defendant *(name)* Timothy Hable and Sean Davis the amount of (see other for award amounts) dollars ($ ), which includes prejudgment interest at the rate of %, plus post judgment interest at the rate of % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

☒ other: Jury verdict of NO CAUSE OF ACTION as to defendants Craig Skelly and Joel Ayers, as to defendants Timothy Hable and Sean Davis , jury finds that plaintiff was subjected to excessive force, awarding plaintiff compensatory damages in the amount of $100,000.00 and punitive damages in the amount of $150,000.00 regarding Hable and $150,000 regarding Sean Davis for a total award of $400,000.00 .

This action was *(check one)*:

☒ tried by a jury with Judge Frank P. Geraci, Jr. presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

☐ decided by Judge on a motion for .

Date: 04/12/2017

*CLERK OF COURT*



*Signature of Clerk or Deputy Clerk*